April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALBERT ROBINSON AKA ALBERT M. ROBINSON, ET AL, Appellants

NO. 14-15-00089-CV                     V.

HARRIS COUNTY, ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 19, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Albert Robinson aka Albert M. Robinson, Et Al.

We further order this decision certified below for observance.